JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LAMAR MYERS,

            Plaintiff,

       v.

KHANH PHAM D/B/A ANDY
   COIN-OP LAUNDRY;
THIEN PHAN; and
DOES 1 to 10,

           Defendants.

Case No. 8:23-cv-02053-JWH-JDE

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 18] entered on or about February 16, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     This action, including all claims asserted herein, is **DISMISSED**.

2.     To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____March 20, 2024_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE